WILLIAM R. BOHMERT, Respondent, v. MORRIS WEISS, Appellant.— The action is for fraud and conversion. The answer contains a counterclaim for slander. Order striking out the counterclaim as improperly interposed under section 266 of the Civil Practice Act, as it then existed, affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.

EILEEN BOYD and DAVID BOYD, Respondents, v. AMERICAN CAN COMPANY, Sued Herein as AMERICAN CAN Co., Appellant, and Others, Defendants.— Order denying motion of the defendant American Can Company to dismiss the complaint reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Neither the can nor the key is inherently or imminently dangerous within the rule laid down in MacPherson v. Buick Motor Co. (217 N. Y. 382). Each is an appliance in ordinary use and not an article which, if imperfectly constructed, is reasonably certain to cause injury to a person using it. The appellant-manufacturer may not be charged with negligence where some unusual result occurs that cannot reasonably be foreseen and is not within the compass of reasonable probability. It is not enough that in the intended use injury is possible. (Cullem v. Renken Dairy Co., 247 App. Div. 742, and cases cited.) Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.

BUTT, GILLIAM & McVAY, INC., and ANTHONY SCHILP, on Behalf of Themselves and Other Note Holders Similarly Situated, Appellants, v. WESTCHESTER TUDOR ARMS, INC., Respondent, and RUDOLPH F. RABE, Defendant.— Order granting motion to cancel and discharge a notice of pendency of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

CALVIN CINTORINO, an Infant, by His Guardian ad Litem, FRANK CINTORINO, Respondent, and ARLINE CINTORINO, an Infant, by Her Guardian ad Litem, FRANK CINTORINO, and FRANK CINTORINO, Plaintiffs, v. BROOKLYN BUS CORPORATION, Appellant.— The action was brought to recover damages for personal injuries sustained by the infant plaintiff Calvin Cintorino when he was attempting to alight from one of the defendant's buses. Before plaintiff could alight, the bus started and the doors were closed, thereby catching and holding his head fast until he was released by his father. The jury rendered a verdict for $2,400 damages. A motion to set aside the verdict was denied. On this appeal from the order, the only question presented is that the verdict is excessive. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ.